CCA # 13-13-00544-CR

STYLE: Ex Parte Markus Antonius Green v.

OFFENSE: Habeas Corpus

COUNTY: De Witt

TRIAL COURT: 24th District Court

TRIAL COURT #: 90-1-7951 & 90-1-7951-A

TRIAL COURT JUDGE: Hon. Kemper Stephen Williams

DISPOSITION: Affirmed

DATE: _____

JUSTICE: _____ PC ___ S ___

PUBLISH: _____          DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: March 12, 2015
JUDGE: Chief Justice Valdez

CLK RECORD: ___X_____

RPT RECORD: ___X_____

STATE BR: _____

APP BR: _____

SUPP CLK RECORD ___X_____

SUPP RPT RECORD ___X_____

SUPP BR _____

PRO SE BR _____X_____

431-15
432-15
433-15

# IN THE COURT OF CRIMINAL APPEALS

431-15
432-15
433-15

CCA # _____

----------------------

___PRO SE___ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: 06/24/15

JUDGE: Per Curiam

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____